# UNITED STATES DISTRICT COURT

for the

U.S. Court District of New Jersey

Newark Division

Andre Campbell
Jeannette Phillips
129 W 147th St Apt 4D
New York, NY 10039

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Walmart
Wal-MART
Walmart Inc.
Virgina Monte Baezagra
Angle Hernandez
Gabriela Rivera
Shawn Simms
Maricela Diaz-Amaya
Raul Parra
400 Park PL
Secaucus NJ 07094

All Above Are Same! Address

Case No. 2:25-cv-18850-JXN-AME
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No If needed!

Amanded! Complaint

Defendant No. 1

| | |
|---|---|
| Name | Wal-Mart |
| Job or Title *(if known)* | |
| Street Address | 400 Park PL |
| City and County | Secaucus, |
| State and Zip Code | New Jersey 07094 |
| Telephone Number | 201-325-9280 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Walmart INC. |
| Job or Title *(if known)* | |
| Street Address | 400 Park PL |
| City and County | Secaucus |
| State and Zip Code | New Jersey, 07094 |
| Telephone Number | 201-325-9280 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Shawn Simms, Raul Parra Virgina Monte Baezagra |
| Job or Title *(if known)* | Walmart Team Workers |
| Street Address | 400 Park PL |
| City and County | Secaucus |
| State and Zip Code | New Jersey, 07094 |
| Telephone Number | 201-325-9280 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Maricela Diaz-Amaya Angle Hernandez, Gabriela Rivera |
| Job or Title *(if known)* | Walmart Team Workers |
| Street Address | 400 Park PL |
| City and County | Secaucus |
| State and Zip Code | New Jersey, 07094 |
| Telephone Number | 201-325-9280 |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

I'm adding all (6) workers from, and Walmart twice. Do to defendants lawyers stating there isn't any Walmart even though Walmart was servered twice

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ________________, is a citizen of the State of *(name)* ________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ________________, is incorporated under the laws of the State of *(name)* ________________, and has its principal place of business in the State of *(name)* ________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ________________, is a citizen of the State of *(name)* ________________. Or is a citizen of *(foreign nation)* ________________.

b. If the defendant is a corporation

The defendant, *(name)* ____________________, is incorporated under the laws of the State of *(name)* ____________________, and has its principal place of business in the State of *(name)* ____________________. Or is incorporated under the laws of *(foreign nation)* ____________________, and has its principal place of business in *(name)* ____________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I'm adding (6) Walmart workers and (2) Walmart to the case. Do to defendants lawyers stating there isn't any Walmart's No more excuses after all Walmart and there worker are now added !

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

For my case to be heard. All proof be looked at then make a decison, I already have a settlement prepared if defendant's lawyers are willing to talk, Instead of excuses to dismiss this case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/4/26

Signature of Plaintiff: Andre Campbell

Printed Name of Plaintiff: Andre Campbell

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

NA